# IN THE SUPREME COURT OF THE STATE OF NEVADA

CRAIG ALLEN RODGERS,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 81533

FILED

AUG 14 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for transcripts at state expense. Eighth Judicial District Court, Clark County; Susan Johnson, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

20-30164

cc:   Hon. Susan Johnson, District Judge
Craig Allen Rodgers
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk